# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHERYL JACKSON, *et al.* | ) |
| | ) Case No. 2:22-CV-03499 |
| Plaintiffs, | ) |
| | ) Judge Michael H. Watson |
| v. | ) |
| | ) Magistrate Judge Kimberly A. Jolson |
| NATIONWIDE RETIREMENT SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING
## JOINT MOTION TO STAY DEADLINES FOR THIRTY DAYS

This matter is before the Court on the parties' Status Report and Joint Motion to Stay Deadlines for Thirty Days (Doc. 20). The parties' Joint Motion is **GRANTED** and the case is **STAYED** for good cause shown. The parties are **ORDERED** to file a joint report outlining the status of this case **within thirty days**, unless they have moved for preliminary settlement approval in the interim.

**IT IS SO ORDERED.**

Date: May 30, 2023        /s/ Kimberly A. Jolson
                          KIMBERLY A. JOLSON
                          UNITED STATES MAGISTRATE JUDGE