UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sheryl Jackson, *on behalf of herself and all others similarly situated*, **et al.**,

    Plaintiffs,

v.

Nationwide Retirement Solutions, Inc.,

    Defendant.

Case No. 2:22-cv-3499

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Court has preliminarily approved the Rule 23 class action settlement in this case. ECF No. 25. Because the case has settled, the motion to dismiss, ECF No. 10, is **TERMINATED AS MOOT**. If the Court does not finally approve the settlement, Defendants may move to reinstate the motion to dismiss.

The Clerk shall terminate ECF No. 10.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT