# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHERYL JACKSON, *et al.* | ) |
| Plaintiffs, | ) Case No. 2:22-CV-03499 |
| v. | ) Judge Michael H. Watson |
| NATIONWIDE RETIREMENT SOLUTIONS, INC., | ) Magistrate Judge Kimberly A. Jolson |
| Defendant. | ) |

**JOINT NOTICE REGARDING SETTLEMENT OPT-OUTS AND OBJECTIONS**

Pursuant to Paragraph 10 of the Court's July 11, 2023 Opinion and Order, Plaintiffs Sheryl Jackson and Joy Dryer and Defendant Nationwide Retirement Solutions, Inc. hereby provide notice that no class members have opted out or objected to the proposed class action settlement.

Dated:  November 10, 2023

*/s/ Terence R. Coates*
Terence R. Coates (0085579) *Trial Attorney*
Justin C. Walker (0080001)
Jonathan T. Deters (0093976)
Dylan J. Gould (0097954)
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*
*jdeters@msdlegal.com*
*dgould@msdlegal.com*

Gerard Stranch, IV* (*pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
*gerards@bsjfirm.com*

*Attorneys for Plaintiffs and the Proposed Class*

Respectfully submitted,

/s/ Michael H. Carpenter (per authority)
Michael H. Carpenter (0015733) *Trial Attorney*
Michael N. Beekhuizen (0065722)
Jennifer A.L. Battle (0085761)
Amber L. Merl (0080655)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Tel: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
battle@carpenterlipps.com
merl@carpenterlipps.com

*Counsel for Defendant*
*Nationwide Retirement Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Notice Regarding Settlement Opt-Outs and Objections was filed through the ECF system this 10th day of November, 2023, which will send notification of such filing to registered participants, including counsel for Defendant.

*/s/ Terence R. Coates*
Terence R. Coates